UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO: 8:18-cr-541-T-36CPT

**JAEL AGUAYO**

---

**FINAL REVOCATION HEARING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc.39), entered June 4, 2019, to which there has been no objection and the 14 day objection period has expired, the Report and Recommendation on Violation of Probation of the Defendant is now accepted.

**A Final Revocation Hearing was previously scheduled for July 30, 2019 at 2:00 PM before the undersigned and will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 21st day of June 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services